Kelly Albright, Bar No. 317923
kalbright@jonesday.com
Hillary J. Green, Bar No. 243221
hgreen@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

JS6

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KASHANI,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:22-cv-06432-RGK-E<br><br>Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. [53]<br><br>Complaint filed: September 8, 2022 |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Matthew Kashani's claims against Defendant Experian Information Solutions, Inc. is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein. **No defendants remaining, the clerk shall close this action.**

Dated: 2/13/2023

*/s/ Gary Klausner*

HON. R. GARY KLAUSNER
United States District Judge

NAI-1535370078v1

[PROPOSED] ORDER
Case No. 2:22-cv-06432-RGK-E